# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DALE MITCHELL,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HALSTEAD FINANCIAL SERVICES LLC,<br><br>　　　　　　　　　Defendants. | Case No. 2:11-cv-1494-APG-PAL<br><br>**ORDER** |

Plaintiff has filed an Application for Entry of Default Judgment (Dkt. #15). In that Application, Plaintiff seeks, among other things, recovery of attorneys' fees and costs in the amount of $610.00. However, Plaintiff offers no detail or explanation for the work performed by the lawyer and paralegal on the case. Nor has plaintiff supplied any of the information required by Local Rule 54-16(b); thus, the court is unable to determine the reasonableness of that fee request. Nor has Plaintiff provided an explanation of the costs incurred. *See, e.g.,* Local Rule 54-1. Accordingly, Plaintiff shall supplement his Application with this information by Monday, March 17, 2014. In addition, Plaintiff shall prove up his claimed damages at the hearing on the Application, which is hereby set for Wednesday, March 19, 2014 at 3:00 p.m.

　　　　Dated: March 4, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE