# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DALE MITCHELL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HALSTEAD FINANCIAL SERVICES, LLC, an unknown entity, doing business as HF SERVICES,<br><br>Defendant. | CASE NO.: 2:11-cv-01494-APG-PAL<br><br><br>**DEFAULT JUDGMENT** |

Plaintiff Dale Mitchell filed an Amended Application for Entry of Default Judgment (Dkt. #17) against defendant Halstead Financial Services, LLC. Halstead's default (Dkt. #11) was previously entered for its failure to answer or otherwise defend as to the complaint of Plaintiff. Halstead is not in the military service of the United States and is not an infant or incompetent person. Good cause appears for entry of default judgment against Halstead.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of plaintiff DALE MITCHELL and against defendant HALSTEAD FINANCIAL SERVICES, LLC in the following amounts:

1. Plaintiff's actual damages in the amount of $2,500.00;

2. Statutory damages in the amount of $1,000.00;

3. Costs of suit in the amount of $750.00; and

4. Attorney's fees in the amount of $2,485.00.

The total Judgment in favor of plaintiff DALE MITCHELL and against defendant HALSTEAD FINANCIAL SERVICES, LLC is **Six Thousand Seven Hundred Thirty Five Dollars and 00/100 ($6,735.00),** all to bear interest at the statutory rate from date of entry of

this Judgment until paid in full, plus damages on all profits derived from Defendant's engagement in the deceptive trade practice of operating without the required licenses, to be determined at a later date based on proof.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment shall be considered a final Judgment for all purposes.

DATED this ____ day of August, 2014.

_____
United States District Judge